# EXHIBIT B

**Patent Claims Analysis**

**of**

**US9280689: "Method and apparatus for conducting offline commerce transactions"**

**against**

**7-Eleven app**

# US9280689B2

United States

Inventor Marvin T. Ling

Current Assignee Individual

Worldwide applications

2011   WO ~~EP~~ US

| | | | |
|---|---|---|---|
| PCT/US11/47862 | Claims priority from a provisional application | 61/385,022 | 09/21/2010 |

Total patentTerm Adjustments

arrow_upward

101days

CLAIMS

1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising:

(a) providing a personal code to a person for their use to purchase goods;

(b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode;

(c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor;

(d) establishing a User Account in a User Vendor Management Server corresponding to said personal code;

(e) depositing funds in said User Account to establish a credit limit;

(f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server;

(g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server;

(h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server;

(i) forwarding the approval signal to the vendor cash register; and

(i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising: | *7-Eleven app* has a method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register. |
| | | <br><*https://www.google.com/search?q=transaction+define*> |
| 1.1 | (a) providing a personal code to a person for their use to purchase goods; | *(a) providing a* **personal code ["7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164"]** *to a person for their use to* **purchase ["purchase"]** *goods.*<br><br>For example, 7-Eleven app provides a unique identification code—such as "7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164"—to a customer, which they can use to purchase goods. |
| | | **personal code**<br>**7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164** |
| | | **purchase goods** |

<table>
<tr><td></td><td></td><td>



<https://www.7-eleven.com/7rewards> © 2025</td></tr>
<tr><td>1.2</td><td>(b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode;</td><td>

*(b) converting said **personal code [*"7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164"]*into barcode format to form a **User ID Barcode**, said **User ID Barcode** corresponding to said **personal code** [*"7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164"]* and including at least one **special character** [*DIFFERENT CODES]* to distinguish the barcode as a **User ID Barcode** [*"7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164"]* from a **product barcode** ["002000003470"].*

*For example, 7-Eleven app takes a unique identification code (such as "7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164") and converts it into a barcode. This barcode still represents that original code, but it also includes one or more extra codes to distinguish it from other barcodes (like "002000003470").*

---

***personal code***
***7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164***

---

***User ID Barcode***
</td></tr>
</table>



<*https://www.7-eleven.com/lp/reward_path*> © 2025

***special character*** *["|"]*
***7ElevenDGE001ANSI M10000010001|D00410023DGE1758773300170211164***

***product barcode***
***002000003470***







<https://uploads.tapatalk-cdn.com/20150421/8dbffb8b038ba35b85c13dd8b3f5819c.jpg>

| 1.3 | (c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor; | *(c) storing said* **personal code** **["7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164"]** *in said* **User ID Barcode** *format by said person for use to* **purchase** **["purchase"]** *goods and storing said* **personal code** **["7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164"]** *in a* **User Vendor Management Server** **["Sign in to your 7REWARDS account"]** *to permit* **purchase** **["purchase"]** *s to be made at a vendor.*<br><br>*For example, in 7-Eleven app Rewards Program, your unique identification code (7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164) is stored in a specific format when you sign in to your 7REWARDS account. This stored code is then used to verify your identity and allow you to make purchases at participating* |

*vendors.*

**personal code**
*7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164*

**User ID Barcode**



<*https://www.7-eleven.com/lp/reward_path*> © 2025

**purchase goods**

<https://www.7-eleven.com/7rewards> © 2025

| | | |
|---|---|---|
| | | ***User Vendor Management Server***<br><br><https://www.7-eleven.com/login> © 2025 |
| 1.4 | (d) establishing a User Account in a User Vendor Management Server corresponding to said personal code; | *(d) establishing a* **User Account ["Sign in to your 7REWARDS account"]** *in a* **User Vendor Management Server**["Sign in to your 7REWARDS account"] *corresponding to said* **personal code ["7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164"]**.<br><br>For example, 7-Eleven app sets up your 7REWARDS account so that it is linked to your unique identification code (7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164).<br><br>***User Account*** |

| | | |
|---|---|---|
| | | <*https://www.7-eleven.com/login*> © 2025 |
| | | ***User Vendor Management Server***<br><br><br><br><*https://www.7-eleven.com/login*> © 2025 |
| | | ***personal code***<br>***7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164*** |
| 1.5 | (e) depositing funds in said User Account to establish a credit limit; | *(e) depositing funds in said* **User Account** **["Sign in to your 7REWARDS account"]** *to establish a* **credit limit** **["EARN POINTS"]**.<br><br>*For example, 7-Eleven app deposits funds into your 7REWARDS account, allowing you to earn points on your purchases.* |
| | | ***User Account*** |



| | | |
|---|---|---|
| 1.6 | (f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product | *(f) conducting* **purchase** **["purchase"]**s *at vendors each having a* **vendor server** **["Sign in to your 7REWARDS account"]** *wherein each* **purchase** **["purchase"]** *includes scanning* **product barcode**s *including* **product price** **["$3.99"]** *and said* **User ID Barcode** *with a* **product barcode** **["002000003470"]** **scanner["Checkout"]** *at the* **vendor cash register** **["Checkout"]** *and transmitting both* **product barcode** **["002000003470"]**s *and* **User ID Barcode** **["7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164"]** *to said* **vendor server** **["Sign in to your 7REWARDS account"]**.*

*For example, in 7-Eleven app Rewards Program, when you make a purchase at a vendor, you first sign into your 7REWARDS account. During the transaction, you scan a barcode—such as one that might show a price of $3.99 (labeled "002000003470")—* |

| barcodes and User ID Barcode to said vendor server; | *along with your unique identification code (like "7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164") at checkout. Both codes are then sent to your 7REWARDS account to record the purchase and update your rewards.* |
|---|---|

***purchase***



<https://www.7-eleven.com/7rewards> © 2025

***vendor server***

<*https://www.7-eleven.com/login*> © 2025

***product price***



<https://www.7-eleven.com/> © 2025

***User ID Barcode***
**7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164**



<*https://www.7-eleven.com/lp/reward_path*> © 2025

***product barcode***
***002000003470***



<*https://uploads.tapatalk-
cdn.com/20150421/8dbffb8b038ba35b85c13dd8b3f5819c.jpg*>

***scanner***
***vendor cash register***



<*https://www.7-eleven.com/7rewards/mobile-checkout*> © 2025

| 1.7 | (g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server; | *(g) detecting the **User ID Barcode ["7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164"]** at the **vendor server ["Sign in to your 7REWARDS account"]** and forwarding the ID Barcode and **purchase["purchase"]** price to said **User Vendor Management Server ["Sign in to your 7REWARDS account"]**.*<br><br>*For example, 7-Eleven app detects your unique ID code when you sign into your 7REWARDS account, and it then forwards that ID along with your purchase price to update your account.* |
| --- | --- | --- |
|  |  | ***User ID Barcode*** |



<*https://www.7-eleven.com/lp/reward_path*> © 2025

***vendor server***



<*https://www.7-eleven.com/login*> © 2025

***ID Barcode***



<*https://www.7-eleven.com/lp/reward_path*> © 2025

*purchase price*



<*https://www.7-eleven.com/*> © 2025



*User Vendor Management Server*

<*https://www.7-eleven.com/login*> © 2025

| 1.8 | (h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server; | *(h) comparing the **purchase** ["purchase"] price with the funds in said **User Vendor Management Server** ["Sign in to your 7REWARDS account"] to determine if there are available funds within the **credit limit** ["EARN POINTS"] in the **User Vendor Management Server** ["Sign in to your 7REWARDS account"] account, and if there are, sending an **approval signal** ["GET REWARDED"] to the **vendor server** ["Sign in to your 7REWARDS account"].*<br><br>*In 7-Eleven app loyalty program, when a customer makes a purchase, the system checks if the customer's account has enough points to cover the cost. If sufficient points are available, a reward is unlocked and sent to the customer's account.* |
|---|---|---|
| | | ***purchase price*** |



<https://www.7-eleven.com/> © 2025

*User Vendor Management Server*



<https://www.7-eleven.com/login> © 2025

*credit limit*





| | | |
|---|---|---|
| | | <*https://www.7-eleven.com/login*> © 2025 |
| 1.9 | (i) forwarding the approval signal to the vendor cash register; and | *(i) forwarding the **approval signal** ["GET REWARDED"] to the **vendor cash register** ["Checkout"].*<br><br>*For example, 7-Eleven app's reward redemption process sends rewards signal to 7-Eleven's Checkout.* |
| | | ***approval signal***<br><br>**7-Eleven, Inc.**<br>About this app<br><br>Thirsty for a great deal? Get exclusive offers, earn points to spend, score free drinks & more!<br><br>EARN POINTS & <u>GET REWARDED</u><br>Get rewards points on your everyday purchases*, then browse our rewards menu and use points to get free food and drinks. Earn faster with bonus points offers on select snacks, drinks, and products.<br><br><*https://play.google.com/store/apps/details?id=com.sei.android*> © 2025 |
| | | ***vendor cash register*** |



<https://www.7-eleven.com/7rewards/mobile-checkout> © 2025

| 1.10 | (i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode. | *(i) repeating steps (f) through (i) for subsequent* **purchase ["purchase"]** *transactions using said* **User ID Barcode["7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164"]**.

*For example, 7-Eleven app, through its 7Rewards program, allows customers to earn and redeem points for purchases. Members scan their app barcode during transactions to accumulate points, which can be exchanged for free items. The app also offers features like mobile checkout and personalized offers based on purchase history.* |

**purchase transactions**

## 7REWARDS
### Get the 7-Eleven app. Reap the rewards.

7-Eleven Rewards has exclusive deals that earn you points on nearly every dollar you spend. Redeem points for free snacks and goodies, get a FREE Slurpee® during our birthday month, boost your savings with Bonus Points, and start a points streak when you purchase select products.

Earning with the 7REWARDS loyalty program is so easy. Start your rewards today.

<https://www.7-eleven.com/7rewards> © 2025

**User ID Barcode**



<https://www.7-eleven.com/lp/reward_path> © 2025

- **PRODUCT/SERVICE = "*7-Eleven app*"**

- **approval signal = "GET REWARDED"**
- **credit limit = "EARN POINTS"**
- **personal code = "7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164"**
- **product barcode = "002000003470"**
- **product price = "$3.99"**
- **purchase = "purchase"**
- **purchase goods = "purchase"**
- **purchase price = "$3.99"**
- **purchase transactions = "purchase"**
- **scanner = "Checkout"**
- **special character = DIFFERENT CODES + "|"**
- **User Account = "Sign in to your 7REWARDS account"**
- **User ID Barcode = "7ElevenDGE001ANSI M10000010001ID00410023DGE1758773300170211164"**
- **User Vendor Management Server = "Sign in to your 7REWARDS account"**
- **vendor cash register = "Checkout"**
- **vendor server = "Sign in to your 7REWARDS account"**