AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| WOLVERINE BARCODE IP, LLC <br><br> *Plaintiff(s)* <br> v. <br> 7-ELEVEN, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 7:25-cv-00207 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  7-ELEVEN, INC.
c/o Registered Agent
Corporate Creations Network Inc.
5444 Westheimer
Suite 1000
Houston, Texas 77056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  William P. Ramey, III
RAMEY LLP
5020 Montrose Blvd.
Suite 800
Houston, Texas 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/02/2025

*Signature of Clerk or Deputy Clerk*

SERVICE RETURN ATTACHED

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:25-cv-00207-DC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* 7-ELEVEN, INC. C/O CORPORATE CREATIONS NETWORK INC was received by me on *(date)* May 22, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Maria Jacobs, who is designated by law to accept service of process on behalf of *(name of organization)* 7-ELEVEN, INC. C/O CORPORATE CREATIONS NETWORK INC on *(date)* Thu, May 22 2025 at 3:45 pm CDT

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 05/27/2025

*Server's signature*

Zachary Thibodeaux    PSC# 13486    Exp 2/28/2026

*Printed name and title*

1419 MONTROSE BLVD UNIT 702, HOUSTON, TX 77019

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 22, 2025, 3:45 pm CDT at 5444 WESTHEIMER ROAD SUITE 1000, HOUSTON, TX 77056 received by 7-ELEVEN, INC. C/O CORPORATE CREATIONS NETWORK INC.
Served to Maria Jacobs who provided a letter authorizing her to accept.