# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP LLC,** | |
| Plaintiff, | Civil Action No: 7:25-cv-00207 |
| v. | PATENT CASE |
| **7-ELEVEN, INC.,** | JURY TRIAL DEMANDED |
| Defendant. | |

### DEFENDANT 7-ELEVEN, INC.'S
### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant 7-Eleven, Inc. moves for a forty five-day extension, through and including July 28, 2025, to respond to Plaintiff Wolverine Barcode IP LLC's Complaint. (Dkt. 1).

Defendant received service of the original Complaint on May 22, 2025, and the current deadline to file a responsive pleading is June 12, 2025. Defendant now seeks a forty five-day extension, through and including July 28, 2025, to respond to Plaintiff's Complaint.

The parties have conferred and agree that the extension requested herein serves the interests of justice. Accordingly, this Motion is unopposed.

Defendant prays that this Unopposed Motion for Extension is granted and that the deadline for Defendant to file a response to the Complaint (Dkt. 1) is extended through and including July 28, 2025.

2

| | |
|---|---|
| Dated: June 9, 2025 | Respectfully submitted, |//

Dated:  June 9, 2025

Respectfully submitted,

By: */s/ Neil J. McNabnay*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Lance E. Wyatt
Texas Bar No. 24093397
wyatt@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 – Telephone
(214) 747-2091 - Facsimile

**COUNSEL FOR DEFENDANT
7-ELEVEN, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 9, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Neil J. McNabnay*
Neil J. McNabnay