# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP LLC,** | |
| Plaintiff, | Civil Action No: 7:25-cv-00207 |
| v. | PATENT CASE |
| **7-ELEVEN, INC.,** | JURY TRIAL DEMANDED |
| Defendant. | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Before the Court is Defendant's Unopposed Motion For Extension of Time to Respond to Complaint.

Having considered the motion, and for good cause shown, the motion is hereby GRANTED.

IT IS SO ORDERED.

Signed this _____ day of _____, 2025

_____
UNITED STATES DISTRICT JUDGE