# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP LLC,** | |
| Plaintiff, | Civil Action No: 7:25-cv-00207 |
| v. | **PATENT CASE** |
| **7-ELEVEN, INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## NOTICE OF APPEARANCE OF LEAD COUNSEL

Please take notice that the undersigned attorney is admitted to this Court and hereby enters his appearance of lead counsel on behalf of Defendant 7-Eleven, Inc. in this matter. Counsel consents to electronic service of all papers in this matter.

Dated: June 9, 2025

Respectfully submitted,

By: */s/ Lance E. Wyatt*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Lance E. Wyatt
Texas Bar No. 24093397
wyatt@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 – Telephone
(214) 747-2091 - Facsimile

**COUNSEL FOR DEFENDANT
7-ELEVEN, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 9, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Lance E. Wyatt*
Lance E. Wyatt