IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP LLC,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CASE NO. 7:25-CV-00207-DC-DTG |
| § | |
| **7-ELEVEN, INC,** § | |
| § | |
| *Defendant,* § | |

**ORDER GRANTING FIRST MOTION FOR EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT (ECF NO. 10)**

Defendant 7-Eleven, Inc. filed its first unopposed motion for extension of time to respond to Plaintiff Wolverine Barcode IP LLC's Complaint (ECF No. 10). The defendant seeks a forty-five (45) day extension of the deadline to respond to the complaint. Having considered the motion, the Court finds that the motion should be **GRANTED**.

It is **ORDERED** that Defendant 7-Eleven, Inc. shall respond to the plaintiff's complaint **on or before July 28, 2025**.

**SIGNED** this 12th day of June, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE