IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,** | |
| Plaintiff, | C.A. No. 7:25-CV-207-DC-DTG |
| v. | JURY TRIAL DEMANDED |
| **7-ELEVEN, INC,** | |
| Defendant. | |

## MOTION TO WITHDRAW AS COUNSEL

Counsel for Defendant 7-Eleven, Inc., Neil J. McNabnay, Lance E. Wyatt and their firm Fish & Richardson P.C., hereby moves to withdraw as counsel of record for Defendant.

Siddhesh V. Pandit, and the law firm of Maier & Maier PLLC, will continue as counsel of record for Defendant.

Plaintiff's counsel is not opposed to this motion. Accordingly, Defendant respectfully requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's Records and ECF.

Dated: July 14, 2025

FISH & RICHARDSON P.C.

By: */s/ Lance E. Wyatt*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Lance E. Wyatt, Jr.
Texas Bar No. 24093397
wyatt@fr.com
FISH & RICHARDSON
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

*Attorneys for Defendant*
*Dollar General Corporation*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendant conferred with counsel for Plaintiff and this motion is unopposed by Plaintiff.

*/s/ Lance E. Wyatt*
Lance E. Wyatt

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 14, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Lance E. Wyatt*
Lance E. Wyatt