IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,** | |
| Plaintiff, | C.A. No. 7:25-CV-207-DC-DTG |
| v. | JURY TRIAL DEMANDED |
| **7-ELEVEN, INC,** | |
| Defendant. | |

**MOTION TO WITHDRAW AS COUNSEL**

Counsel for Defendant 7-Eleven, Inc., Neil J. McNabnay, Lance E. Wyatt and their firm Fish & Richardson P.C., hereby moves to withdraw as counsel of record for Defendant.

Siddhesh V. Pandit, and the law firm of Maier & Maier PLLC, will continue as counsel of record for Defendant.

Plaintiff's counsel is not opposed to this motion. Accordingly, Defendant respectfully requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's Records and ECF.

Dated: July 14, 2025                  **FISH & RICHARDSON P.C.**

                                                  By: */s/ Lance E. Wyatt*
                                                     Neil J. McNabnay
                                                     Texas Bar No. 24002583
                                                     mcnabnay@fr.com
                                                     Lance E. Wyatt, Jr.
                                                     Texas Bar No. 24093397
                                                     wyatt@fr.com
                                                     FISH & RICHARDSON
                                                     1717 Main Street, Suite 5000
                                                     Dallas, TX 75201
                                                     Telephone: (214) 747-5070
                                                     Facsimile: (214) 747-2091

                                                     *Attorneys for Defendant*
                                                     *Dollar General Corporation*

## CERTIFICATE OF CONFERENCE

    I hereby certify that counsel for Defendant conferred with counsel for Plaintiff and this motion is unopposed by Plaintiff.

                                                     */s/ Lance E. Wyatt*
                                                     Lance E. Wyatt

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 14, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                     */s/ Lance E. Wyatt*
                                                     Lance E. Wyatt