**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br><br>        Plaintiff,<br><br>        v.<br><br>**7-ELEVEN, INC,**<br><br>        Defendant. | C.A. No. 7:25-CV-207-DC-DTG<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Before the Court is Defendant's Motion to Withdraw as Counsel. After consideration, the Court GRANTS the Motion.

IT IS HEREBY ORDERED that Fish and Richardson P.C., Neil J. McNabnay and Lance E. Wyatt are withdrawn as counsel of record for Defendant 7-Eleven, Inc., and the Clerk is directed to remove them from the electronic service list.