IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>7-ELEVEN, INC.,<br><br>        Defendant. | **Civil Action No.: 7:25-cv-00207-DC-DTG**<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the undersigned attorney is admitted to this Court and hereby enters his appearance as counsel on behalf of Defendant 7-Eleven, Inc. in this matter. Counsel consents to electronic service of all papers in this matter.

1

DATE: July 15, 2025                               Respectfully Submitted,


/s/ *Thomas J. Gohn*
Siddhesh V. Pandit, VA Bar No. 75,686 (admitted to practice in the WDTX)
svp@maierandmaier.com
Timothy J. Maier, VA Bar No. 46,354 (*pro hac vice to be submitted*)
tjm@maierandmaier.com
Michael R. Casey, VA Bar No. 43,919 (*pro hac vice to be submitted*)
mrc@maierandmaier.com

**MAIER & MAIER PLLC**
345 South Patrick Street
Alexandria, VA 22314
(703) 740-8322 (phone)
(703) 991-7071 (fax)


Thomas J. Gohn
(TX Bar No. 24097742)
tjg@maierandmaier.com

**MAIER & MAIER PLLC**
8750 N. Central Expressway
Suite 1850
Dallas, Texas 75231
(703) 740-8322 (phone)
(703) 991-7071 (fax)

***Attorneys for Defendant 7-Eleven, Inc.***

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document has been served on July 15, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

By:  /s/ *Thomas J. Gohn*
     Thomas J. Gohn