UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

WOLVERINE BARCODE IP LLC

vs.

7-ELEVEN, INC.

Case No.: 7:25-cv-00207-DC-DTG

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Timothy J. Maier, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent 7-ELEVEN, INC. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Maier and Maier PLLC with offices at:

   Mailing address: 345 South Patrick Street

   City, State, Zip Code: Alexandria, VA 22314

   Telephone: (703) 740-8322    Facsimile: (703) 991-7071

2. Since April 27, 2001, Applicant has been and presently is a member of and in good standing with the Bar of the State of Virginia. Applicant's bar license number is 46,354.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Supreme Court of Virginia | 2001 |
   | Eastern District of Virginia | 2007 |
   | D.C. Court of Appeals | 2018 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

    N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

    Number: 1:20-cv-01150-ADA   on the 21 day of December, 2023.

    Number: 6:22-cv-01145-ADA   on the 20 day of July, 2023.

    Number: 1:21-cv-00657-LY    on the 29 day of October, 2021.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

    N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

    N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Siddhesh V. Pandit

Mailing address: 345 South Patrick Street

City, State, Zip Code: Alexandria, VA 22314

Telephone: (703) 740-8322

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Timothy J. Maier to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Timothy J. Maier
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 17th day of July, 2025

Timothy J. Maier
[printed name of Applicant]

[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**MIDLAND-ODESSA DIVISION**

WOLVERINE BARCODE IP LLC

vs.                                                           Case No.: 7:25-cv-00207-DC-DTG

7-ELEVEN, INC.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Timothy J. Maier, counsel for 7-ELEVEN, INC., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Timothy J. Maier may appear on behalf of 7-ELEVEN, INC. in the above case.

IT IS FURTHER ORDERED that Timothy J. Maier, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE