**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| WOLVERINE BARCODE IP LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>7-ELEVEN, INC.,<br><br>　　　　　Defendant. | **Civil Action No.: 7:25-cv-00207-DC-DTG**<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT**

　　Defendant 7-Eleven, Inc. hereby provides its corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

　　Defendant 7-Eleven, Inc. ("SEI") is a Texas corporation. SEI is wholly owned by SEJ Asset Management & Investment Company, a Delaware corporation ("SAM"). SAM is jointly owned by Seven-Eleven Japan Co., Ltd., a Japanese corporation ("SEJ"), and by Seven & i Holdings Co., Ltd., a Japanese corporation ("7&i"). SEJ is wholly owned by 7&i, whose stock is publicly traded on the Tokyo Stock Exchange.

1

DATE: July 28, 2025                              Respectfully Submitted,


/s/ *Sid V. Pandit*
Siddhesh V. Pandit, VA Bar No. 75,686 (admitted to practice in the WDTX)
svp@maierandmaier.com
Timothy J. Maier, VA Bar No. 46,354 (*pro hac vice*)
tjm@maierandmaier.com
Michael R. Casey, VA Bar No. 43,919 (*pro hac vice to be submitted*)
mrc@maierandmaier.com

**MAIER & MAIER PLLC**
345 South Patrick Street
Alexandria, VA 22314
(703) 740-8322 (phone)
(703) 991-7071 (fax)


Thomas J. Gohn
(TX Bar No. 24097742)
tjg@maierandmaier.com

**MAIER & MAIER PLLC**
8750 N. Central Expressway
Suite 1850
Dallas, Texas 75231
(703) 740-8322 (phone)
(703) 991-7071 (fax)

***Attorneys for Defendant 7-Eleven, Inc.***

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document has been served on July 28, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

By: /s/ *Sid V. Pandit*
Siddhesh V. Pandit