# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>    Plaintiff, | Civil Action No. 7:25-cv-00207-DC-DTG |
| v. | |
| **7-ELEVEN, INC.,**<br>    Defendant | **JURY TRIAL DEMANDED** |

## AGREED MOTION FOR ENTRY OF SCHEDULING ORDER

Wolverine Barcode, LLC ("Wolverine") respectfully requests entry of the attached agreed scheduling order for this case. Plaintiff and Defendants conferred on September 12 and 15, 2025 and are in agreement on the dates in the attached scheduling order. The Order for this Motion is the Agreed Scheduling Order.

    Sincerely,

    **Ramey LLP**

    <u>/s/William P. Ramey, III</u>
    William P. Ramey, III
    Texas Bar No. 24027643
    5020 Montrose Blvd., Suite 800
    Houston, Texas 77006
    (713) 426-3923 (telephone)
    (832) 900-4941 (fax)
    wramey@rameyfirm.com

    ***Attorneys for Wolverine Barcode IP, LLC***

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Defendants on September 12 and 15, 2025 and the parties are in agreement on the dates in the attached scheduling order.

> */s/ William P. Ramey, III*
> William P. Ramey, III

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of September 15, 2025, with a copy of the foregoing via ECF filing.

> */s/ William P. Ramey, III*
> William P. Ramey, III