# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>    **Plaintiff,**<br><br>v.<br><br>**7-ELEVEN, INC.,**<br>    **Defendant,** | **Civil Action No. 7:25-cv-00207-DC-DTG**<br><br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF NON-OPPOSITION TO TRANSFER VENUE

Plaintiff, Wolverine Barcode IP, LLC, hereby files this Notice of Non-Opposition to Defendant, 7-Eleven, Inc.'s Motion Transfer Venue (ECF No. 28). Accordingly, Plaintiff does not oppose to the transferring of this case to the United States District Court for the Northern District of Texas, pursuant to 28 U.S.C. § 1404(a).

 Dated:  October 10, 2025

> Respectfully submitted,
>
> */s/ William P. Ramey, III*
> William P. Ramey, III
> Texas Bar No. 24027643
> **Ramey LLP**
> 5020 Montrose Blvd., Suite 800
> Houston, Texas 77006
> (713) 426-3923
> wramey@rameyfirm.com
>
> *Attorneys for Wolverine Barcode IP, LLC*

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that October 10, 2025, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ William P. Ramey, III*
William P. Ramey, III
